# Court of Appeals
# of the State of Georgia

ATLANTA,_____October 04, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1451. STALEY v. THE STATE.**

This Court granted Edward Staley's application for discretionary review of the trial court order denying his motion for new trial following the revocation of his probation.

After a thorough consideration of this case, including our review of the record, transcripts, briefs, and the law, we have determined that the application for discretionary appeal was improvidently granted. Staley's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/04/2016_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*